No. 98-9352. CAVENDER v. MILLER, JUDGE, CIRCUIT COURT OF KENTUCKY, WOLFE COUNTY. Sup. Ct. Ky. Certiorari denied.

No. 98-9354. LEMLEY v. LEMLEY. Ct. Sp. App. Md. Certiorari denied.

No. 98-9369. SPLUNGE v. ANDERSON, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 98-9370. REID v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 98-9371. SMITH v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 98-9375. SYKES-BEY v. MARYLAND; and
No. 99-5085. EVANS v. MARYLAND. Ct. App. Md. Certiorari denied. Reported below: 352 Md. 496, 723 A. 2d 423.

No. 98-9381. MAGANA-CARDONA v. PAPAC ET AL. C. A. 9th Cir. Certiorari denied.

No. 98-9382. ANGEHRN v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 98-9383. BRAXTON v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 98-9385. BYRD v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98-9387. COOK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98-9388. CLARKE v. SIKES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98-9389. BARKSDALE v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 98-9390. CAUDLE v. HIGHTOWER, WARDEN. C. A. 11th Cir. Certiorari denied.